*Smith & Kirkland,* contra.

---

## CLARY-HARPER COMPANY *v.* PHILLIPS.

BECK, J. The inaccuracies in the portions of the charge complained of are not of such a character as to afford ground for the grant of a new trial upon motion of the plaintiff. The evidence authorized the verdict in favor of the defendant.

> *Judgment affirmed. All the Justices concur.*
> DECEMBER 14, 1916.

Complaint. Before Judge Hammond. Columbia superior court. October 20, 1915.

*P. B. Johnson,* for plaintiff. *John T. West,* for defendant.